UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MICHAEL KOVACH, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:18 CV 1909 RWS |
| SCF LEWIS AND CLARK FLEETING, INC., et al., | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff having failed to file a timely response to the Memorandum and Order to Show Cause dated March 13, 2019 or any objection to the motion to withdraw,

**IT IS HEREBY ORDERED <u>that the motion to withdraw [13] is granted, and plaintiff is deemed to be proceeding pro se. The Clerk of Court shall list both addresses contained in the affidavit of service [15] on the docket sheet as plaintiff's addresses of record.</u>**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2019.