UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL KOVACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4: 18 CV 1909 RWS |
| ) | |
| SCF LEWIS AND CLARK FLEETING, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

On March 13, 2019, I granted defendant's motion to compel and ordered plaintiff to respond to defendant's discovery requests. Plaintiff has failed and refused to comply with this Memorandum and Order. [Doc. #17]. Plaintiff was warned that his failure to comply and provide discovery responses would result in this Court issuing an Order to Show Cause why this case should not be dismissed for his failure to prosecute this case and to comply with the Orders of this Court. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause in writing within twenty days why this case should not be dismissed for failure to prosecute and comply with the Orders of this Court. Failure to file a timely response will result in this case being dismissed without further notice by the Court.

**IT IS FURTHER ORDERED** that the **Clerk of the Court shall serve this Memorandum and Order to Show Cause on plaintiff at his address of record and in the address listed in the affidavit of service [Doc. # 15]**.

**IT IS FURTHER ORDERED** that **this case will not be referred to alternative dispute resolution absent further Order of this Court**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2019.