UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL KOVACH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4: 18 CV 1909 RWS |
| ) | |
| SCF LEWIS AND CLARK FLEETING, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER OF DISMISSAL**

On April 5, 2019, this Court issued plaintiff an Order to Show Cause why this case should not be dismissed for his failure to prosecute this case and to comply with the Orders of this Court. [Doc. # 19]. This Order to Show Cause required plaintiff to respond by April 25, 2019, and was sent to plaintiff at his address of record and to an additional address provided by his former counsel since counsel indicated that plaintiff was incarcerated at the time. It appears that plaintiff has since been released from custody as the Memorandum and Order to Show Cause sent to the Hillsboro jail was returned to the Court. However, the Memorandum and Order to Show Cause sent to plaintiff at his address of record has not been returned. Plaintiff having received notice of the Court's Memorandum and Order to Show Cause at his address of record and having failed to file any response thereto,

Accordingly, and for the reasons stated in the April 5, 2019 Memorandum and Order to Show Cause,

**IT IS HEREBY ORDERED that <u>plaintiff's complaint is dismissed without prejudice.</u>**

A separate Order of Dismissal accompanies this Memorandum and Order.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of May, 2019.